# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ALINA MARRERO, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PNC MORTGAGE COMPANY and PNC BANK, N.A.,<br><br>Defendants. | Case No. 11-cv-8949<br><br>Judge Harry D. Leinenweber |

## DECLARATION OF GREG BURBA IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE THIRD AND FOURTH COUNTS IN THE COMPLAINT

I, Greg Burba, hereby submit this declaration and state as follows:

1. I am employed by PNC Bank National Association ("PNC Bank") as a Mortgage Compensation Manager. Since 2009, I have worked in my current position for PNC Bank previously known as National City Bank N.A. ("National City").

2. As a Mortgage Compensation Manager, I have personal knowledge regarding Alina Marrero's incentive compensation plans during her employment as a Retail Mortgage Loan Officer ("RMLO") with PNC Bank and National City.

3. I attest that the Loan Officer Compensation Agreements attached to this declaration governed Plaintiff Marrero's compensation structure throughout her employment with PNC Bank and National City.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge and recollection.

Signature: _Gregory W. Burba_  Date: 2/8/2012