# EXHIBIT 1

# National City® Mortgage

---

*Memorandum*

**To:**    Chester Bell Jr.

**From:**   Susan Shelton/Commissions Department

**Re:**    Alina  Marrero

**Date:**   November 11, 2007

---

Please review the enclosed agreement/addenda with the above Loan Officer.  Please discuss any issues he/she may have. Contact the Commission department for any changes or corrections.  These forms must be signed by the Loan Officer and appropriate manager and returned to the **Commissions Department in Houston** as soon as possible. **<u>We will be unable to begin commission processing without the signed executed agreement.</u>** Please review the Commission department commission calendar for cut-off dates.

You may fax the signed agreement to the Commissions Department at **(713) 892-1051** for expedited set up; with the original signed agreement to be submitted via overnight mail to the address below. <u>Please retain a copy for the Loan Officer and the branch</u>.

> 3800 Buffalo Speedway, Suite 520
> Houston, Texas 77098
> Attn: Susan Shelton

If you have any questions, please contact (800) 233-8322 extension # **1035**

# National City® Mortgage

## LOAN OFFICER COMPENSATION AGREEMENT

**EMPLOYEE:**           **Alina  Marrero**

**POSITION:**           **Mortgage Loan Originator II**

**MANAGER:**           **Chester Bell Jr.**

**REGION / BRANCH:**  **Mid West I / MAF Chicago South / #7438**

**EFFECTIVE DATE:**  **November 11, 2007**

Welcome to National City Mortgage, a division of National City Bank.  You will be compensated based upon the dollar amounts of and certain revenues attributable to funded loans you have originated.  The primary purpose of this agreement is to describe how your compensation will be calculated and paid.  National City Mortgage may make amendments or modifications to your compensation and to its lending and related policies at any time upon two weeks advance notice.

I.      **DEFINITIONS**

For the purposes of this Agreement, the following terms are defined as follows:

1.      **Cumulative Loan Volume:** the principal dollar amount of your loans funded by National City Mortgage during a calendar month, including loans generated through housing bond programs, but excluding brokered loans and loans to employees of National City Mortgage and Affiliated Business Arrangements (ABA's).  Cumulative Loan Volume also excludes secondary financing extended by another party.

2.      **Discount Gain/Loss (Overage):** the difference of the discount price of a loan established by National City Mortgage's management at the lock date less any discount points collected from the borrower at the time the loan is funded, multiplied by the principal dollar amount of the loan.  If the difference is positive (i.e. price collected from the borrower is greater than the price at lock date), this amount is referred to as "Discount Gain."  If the difference is negative, the amount is referred to as "Discount Loss."

3.      **Net Discount Gain:**  the dollar amount, if any, equal to the difference of Discount Gain less Discount Loss in a calendar month.

4.      **Origination Commissions:** a dollar amount equal to the Origination Commission Percentage multiplied by the Origination Fees collected on the loans you fund during a calendar month.

5.      **Origination Fee:** a fee charged by National City Mortgage to the borrower as defined by the HUD1.  The Origination Fee is expressed as a percentage of the mortgage amount.

6.      **Origination Commission Percentage:** a percentage determined by National City Mortgage based on the Cumulative Monthly Loan Volume.

7.      **Discount Gain/Loss or Overage Commissions:** a dollar amount equal to a percent of the Net Discount Gain attributable to loans you originate that are closed and funded during a calendar month.

8. **Cumulative Draw:** an advance drawn against Origination and Overage Commissions. A Cumulative Draw is <u>not</u> an earned commission.

9. **Shortfall Balance:** a balance accumulated when the commissions you earn in a pay period do not exceed the amount of your base salary.

## II. JOB DESCRIPTION

You will perform such duties as are assigned to you from time to time in a loyal and conscientious manner and to the best of your abilities. These duties and your responsibilities include, but are not limited to, the following.

### A. Responsibilities

1. Active solicitation and origination of single family Conventional, FHA, and VA residential mortgage loans within an area assigned to you by your manager.

2. Proper servicing of those accounts, including the conducting of sales meetings, seminars, etc. for realtor, broker, and builder customers for whom you are responsible.

3. Active management of loan applications, including receipt of and follow through on loan applications, proper review of the loan files before closing, and proper maintenance of such files.

4. During your employment at National City Mortgage, you shall render services only to National City Mortgage. You shall not, directly or indirectly, render any services on behalf of any other lender or other entities, and shall not negotiate, originate, or place loans with or for any other lender, except as National City Mortgage specifically authorizes in writing.

### B. Quality Objectives

1. Maintain a high quality of loan submissions. High quality is defined as:
   a. Complete applications with all required data and documents.
   b. Submit documents in correct order per investor and company requirements.
   c. Review loan application information; research questionable information or documentation.

2. Remain knowledgeable of pricing and lock-in policies. <u>You are responsible for price protection.</u>

3. Strictly follow regulatory compliance requirements.

4. Ensure all required systems information are input accurately and timely, including, but not limited to, cancellations and withdrawals of loans.

### C. Efficiency Objectives

1. Regulate the collection of closing fees (including credit report and appraisal fees) to ensure that all required fees are collected. At the discretion of your Branch Manager, any shortages in fee collection will be deducted from your commissions.

2. From time to time, National City Mortgage will set goals and restrictions on brokered-out business.

### D. Production Objectives

Your minimum production requirement is $1,500,000 in funded loans or $30,000 in net income during each rolling three month period. You are responsible for meeting your minimum production requirement starting with your seventh month of employment at National City Mortgage or by a date approved by your Divisional Manager.

If you do not meet the minimum production requirement for any three month period, you will be placed on thirty (30) day probation. You must increase your three month rolling production volume to $1,500,000 or $30,000 in net income by the end of the 30-day probation period. If you do not meet the minimum production requirement at the end of the probation period, you will be subject to further disciplinary action up to and including termination of your employment.

## III.  BASE SALARY, COMMISSIONS, AND RELATED COMPENSATION

### A.  Base Salary

Your base salary will be paid by National City Mortgage as provided in the attached Addendum I – Base Salary.

### B.  Commissions

You will earn commissions on loans that fund within the time limits and parameters as specified in this Agreement. Your commissions will be paid by National City Mortgage as provided in the attached Addendum II – Commission & Compensation Schedule. Certain types of loans, such as brokered loans and housing bond program loans, may be subject to different commission structures. Refer to Addendum III – Loan Exceptions for additional details and loan types.

In order to earn a commission on a loan, you must satisfy the following conditions:
1. You must be the sole originating source of the loan;
2. The loan must fund and subsequently not rescind or unfund;
3. A security instrument securing the loan must have been recorded;
4. The funded loan must comply with specific program parameters.

No commission shall be earned unless the above conditions have been fully satisfied.

## IV.  PAY SCHEDULE

For loans closed in the period from the 1st through the 15th of each month, commissions will be paid on the last day of the month. For loans closed from the 16th through the last day of each month, commissions will be paid on the 15th of the following month.

## V.  PAYMENT OF COMMISSIONS AND RELATED COMPENSATION UPON TERMINATION OF EMPLOYMENT

### A.  If you terminate employment during the first ninety (90) days of employment for any reason whatsoever, you will be paid Origination and Overage Commissions on only those loans that fund on or before your termination of employment. All other compensation – excluding Origination and Overage Commissions – that is due in whole or part after your termination of employment which have not been paid at the point of termination will cease immediately.

### B.  After the first ninety (90) days of employment, if your employment with National City Mortgage terminates as a result of:

1. your voluntary resignation,
2. a reduction-in-force, or
3. position elimination,

you will receive commission for qualifying loans you originated that are funded within thirty (30) days of your termination of employment.

### C.  In the event of termination for any other reason, you will be entitled to receive compensation for only those loans

funded on or before the effective date of your termination of employment.

**D.**  Origination and Overage Commissions paid after your termination of employment shall be reduced by the amount of any unrecovered Cumulative Draws, any outstanding Shortfall Balance, and any uncollected loan fees.

**E.**  All compensation shall be paid less withholding for amounts required by law to be withheld or which you have authorized National City Mortgage to withhold.

**F.**  You agree to reimburse National City Mortgage for all lost or destroyed property of National City Mortgage for which your are responsible, including, but not limited to, pagers, cell phones, and laptop computers. In addition, you agree to reimburse National City Mortgage for any and all overpaid compensation. In the event you do not reimburse National City Mortgage for all such property and overpayments, National City Mortgage may withhold the replacement cost of the property and overpaid funds from any unpaid compensation due to you, but such action will not be National City Mortgage's sole remedy.

**G.**  Upon termination of employment for any reason whatsoever, your base salary shall cease immediately. No base salary will be earned after the last date of employment at National City Mortgage. Base salary will be pro-rated through the last day of employment.

## VI.  ACKNOWLEDGEMENT OF REGULATIONS

You agree to comply with the Real Estate Settlement Procedures Act, Truth in Lending Act and regulations issued thereunder, all National City Mortgage policies and procedures, and all other regulations governing your activities.

In addition, you agree that you are not currently a party of, and will not enter into any employment agreement, non-compete agreement, non-solicitation agreement, non-disclosure agreement, confidentiality agreement, or similar agreement that in any way prohibits, prevents, restricts, or limits the performance of any duties or responsibilities which you perform for National City Mortgage.

During the course of your employment with National City Mortgage, you may not render services to any other business or person without National City Mortgage's prior written consent. With respect to your activities in originating loans within the scope of your employment, National City Mortgage is responsible for and must be in control of your actions. Employee, at all times, will comply with all policies, procedures, practices and codes of conduct, and with all the rules, regulations, laws and ethics of the mortgage banking industry, investors, HUD, FHA, VA, GNMA, FNMA, FHLMC, FHLB, local jurisdictions, and state and federal governments (including, but not limited to fair lending compliance, Truth-in Lending Act, RESPA, ECOA, Regulation B, and HMDA).

You acknowledge that proprietary information, whether written or otherwise, from any previous employer will not be brought to National City Mortgage.

## VII.  PROPRIETARY AND CONFIDENTIAL INFORMATION

You understand that during the course of your employment with National City Mortgage you will be given access to confidential and proprietary information and trade secrets of National City Mortgage ("Confidential Information") including, but not limited to, mortgage loans, mortgage loan applications, customers, customer lists, customer files, mortgage loan pipeline reports, sales manuals, policy and procedure manuals, and other internal reports, data, information, and documentation. You agree that you will not disclose and will not reproduce or produce any compilations of Confidential Information. In the event of the termination of your employment, you will immediately deliver to National City Mortgage all Confidential Information (including all copies) within your possession or control.

You acknowledge that in the event you use or disclose Confidential Information in breach of this Agreement, National City Mortgage will suffer substantial and irreparable harm and may not have an adequate remedy at law, and that in addition to other remedies that may be available, National City Mortgage shall be entitled to seek injunctive and equitable relief to restrain such disclosure, whether threatened or actual. Your obligations under this Section VII shall survive termination of

your employment with National City Mortgage for any reason.

The confidentiality provisions of this Agreement are in addition to and not in limitation of any other National City Mortgage corporate, departmental, or branch office confidentiality and security policies and procedures.

## VIII.  INTERNET POLICY

You may use only authorized web pages approved from time to time as Branch Web Pages. Unauthorized set up of any other web pages is a misuse of company property and will result in disciplinary action up to and including termination of your employment.

The Executive Vice President of your unit may make exceptions to this policy if the non-official site follows the established Internet Guidelines (Master List) for use by Cyber-Branch, Branch, and Loan Originator Pages.

If an exception is granted and you leave National City Mortgage for any reason, all references to National City Mortgage on the approved non-official site must be removed upon termination of your employment, including, without limitation, any search engine references.

## IX.  MISCELLANEOUS INFORMATION

National City Mortgage institutes customer service evaluation and coaching tools. These include, but are not limited to, telephone monitoring and recording of your telephone interactions with customers from time to time.

This Agreement addresses policies and procedures with respect to the payment of commission income and certain other related information. Your employment at National City Mortgage is also governed by all branch, departmental, and National City Mortgage policies and procedures including, but not limited to, the *National City Corporation Employee Handbook.*

**National City Mortgage may, in its sole discretion, revise this Agreement, including the commission structure outlined above and any other addenda, upon two weeks advance notice.** Any changes to this Agreement or to any policies or procedures may be made by any method customarily used to communicate at National City Mortgage.

This Agreement is not a guaranty of employment for any specific period of time or any specific type of work. You are an employee at-will of National City Mortgage and all assignments and continued employment are within the sole discretion of National City Mortgage.

This Agreement supersedes all prior and contemporaneous understandings, discussions or representations, whether written or oral, with respect to the payment and calculation of your compensation and the other subject matter of this Agreement.

During your employment with National City Mortgage, and for a period of six (6) months thereafter, you agree to not solicit any National City Mortgage employee to leave his or her position with any National City Corporation affiliate.

This Agreement shall be governed by the laws of the State of Ohio, notwithstanding that you are or may become a resident of a different state.

I acknowledge receipt of a copy of this Agreement and that I have read, understand, and will abide by all of the terms of this Loan Officer Compensation Agreement.

| | |
|---|---|
| **Signed** _____<br>Alina Marrero | **Date** 11/6/07 |
| **Manager** _____<br>Chester Bell Jr. | **Date** 11-6-07<br>MAF Chicago South |

# National City® Mortgage

## PRICING MARGIN POLICY
### LOAN OFFICER COMPENSATION AGREEMENT

The purpose of the Pricing Margin Policy is to establish parameters for Loan Officers to quote a price or rate to an applicant. These parameters will ensure pricing parity for applicants of a loan product. Pricing flexibility is necessary to create or maintain a presence in a specific market and ensure profitability in today's mortgage market. This policy will enable National City Mortgage to effectively compete in the mortgage industry while maintaining its commitment to fair lending policies.

## I.  FAIR LENDING STATEMENT

**National City Mortgage has adopted National City Corporation's Fair Lending Policy, which is committed to full compliance with the letter and the spirit of all regulations governing Fair Lending. Equal treatment, without regard to race, gender, or any other prohibited basis, is an essential component in every one of our dealings with customers. Discrimination, no matter how subtle, will not be tolerated at National City Mortgage. The exclusion of any segment of our population from full participation in personal or business economic opportunities is not in the interest of National City Mortgage, its customers, employees or its markets. As such loan officer should utilize proper care when discretionary pricing is considered.**

## II.  ADMINISTRATION/MONITORING

Operational control and responsibility for monitoring pricing trends will be maintained by a combination of Secondary Marketing, Production Support, Regional Production, and Branch Management. The Compliance Department will also monitor for trends and provide recommendations.

Secondary Marketing will be responsible on a daily basis for establishing the Market Rate Price for all the mortgage products, faxing the Daily Pricing Sheets, and maintaining an accurate and timely accounting of all mortgage loan rates. The Daily Pricing Sheet or Rate Sheet is a pricing grid based on mortgage products, mortgage note rates, mortgage points, and delivery period. The mortgage note rates are posted in increments of one-eighth percentages. The Market Price Rate is reflected as the par value of one hundred on the Daily Pricing Sheets. The Market Points reflect the difference between the par price and the applicant's actual interest rate which will be reflected in the Note. Secondary Marketing will verify the accuracy of the Market Points to the Rate Sheets for the date and time that the loan is locked.

Production Support, Regional Production, and Branch Management will be responsible for monitoring all pipelines reports for origination personnel by branch and region to assure compliance with this policy. Reports will be provided by Production Support to Regional and Branch Managers on a weekly basis to ascertain the Loan Officer's pipeline. The pipeline reports reflect Locked Points which are the amount of points that the applicant has agreed to pay in addition to the one percent origination fee. The Branch Manager will verify the correct reporting of all mortgage data for applications received. Any discrepancies noted by the Branch Manager must be corrected to conform to this policy. Any exceptions must be documented and approved by the Branch Manager. These changes must be made prior to the loan closing.

On a monthly basis, the Compliance Department will monitor pricing variances for trends and adherence to this policy. A report will be generated and given to Senior Management with recommendations.

## III.  PRICING MARGIN POLICY

Loan Officers have the authority to lock in at an interest rate for an applicant where the secondary market price does not exceed the borrower locked price by more than two (2) percentage points in the case of a positive variance. Variance is defined as the difference between secondary market price and the borrower locked price. For negative variances, the difference between the borrower locked price and secondary market price shall not exceed one (1) percentage point for loans up to $100,000. For those loans $100,000 or greater, the negative variance shall not exceed two (2) percentage points. Any rates or points exceeding this policy shall be approved in writing by the Regional Manager.

IV.    **CORRECTIVE ACTION**

All Loan Officers that are consistently found to be in violation of this policy will first be counseled by their Managers about any fair lending concerns or issues. Should such concerns continue after the counseling, intervention training will be scheduled and the Loan Officer may be placed on probation concerning the use of flexible pricing. If these corrective measures do not resolve the concern, then the matter will be referred to the Compliance Committee, which is comprised of the Senior Management of National City Mortgage. They shall determine whether the Loan Officer should be suspended from the ability to use the Pricing Margin Policy and/or the point bank for a period of six (6) months or whether approval levels will be required for this Loan Officer.

V.    **PRICING MARGIN POLICY ACKNOWLEDGMENT**

I, **Alina Marrero**, have read and understand the National City Mortgage Pricing Margin Policy and hereby agree to abide by same. I understand that National City Mortgage is committed to the highest standards of fair lending in its business practices and will not tolerate any violations of fair lending laws whatsoever in connection with either making or pricing mortgage loans. I understand that my employment with National City Mortgage is contingent upon my becoming familiar and fully complying with all applicable fair lending laws and regulations and I also agree to treat all credit applicants in a nondiscriminatory manner. I also understand that I may quote a rate only under the specific circumstances described in the Pricing Margin Policy and that any violation of this policy will be addressed by my Manager.

**Signed**  _____    **Date**  11/6/07
                        Alina Marrero

**Manager**  _____    **Date**  11-6-07
                        Chester Bell Jr.                    MAF Chicago South

# National City® Mortgage

## RESPONSIBLE LENDING PRACTICES
### LOAN OFFICER COMPENSATION AGREEMENT

For Consumer-Purpose loans secured by the primary residence of any BORROWER(s):

## I.  GENERAL STATEMENTS ON PRACTICES

**A.**  We do not originate or purchase, either directly or through any third party (including our Affiliated Business Arrangement channel) "high cost" loans as defined in any enacted legislation applicable to national banks and their operating subsidiaries, including but not limited to the federal Home Ownership and Equity Protection Act (HOEPA).

**B.**  Prepayment penalties, if applicable, are fully disclosed and limited to three (3) years in term.

**C.**  Interest rates do not increase upon payment-related default. If a court ordered judgment is obtained, the rate of interest may be higher either by law or contract.

**D.**  We only originate or purchase, either directly or through any third party (including our Affiliated Business Arrangement channel) negative amortization loans that conform to government-sponsored or industry standard programs designed to promote the affordability of mortgage financing in special circumstances (for example, FHA's Graduated Payment Programs). Program limitations and requirements must be detailed in a written program parameters document and approved by the Chief Credit Officer and the Regulatory Risk Manager for National City Corporation. In all cases, the negative amortization features must be clearly and conspicuously disclosed to the borrower at the time such product is chosen.

**E.**  We do not originate or purchase, either directly or through any third party (including our Affiliated Business Arrangement channel), any permanent loans with a balloon payment due less than five (5) years from the loan's origination date. (This does not apply to temporary financing such as "bridge" loans, construction-period loans intended to be replaced by permanent financing at the completion of construction, or loans on unimproved property.)

**F.**  We do not originate or purchase, either directly or through any third party (including our Affiliated Business Arrangement channel) loans which include single-premium credit life insurance.

**G.**  Mandatory arbitration clauses are not included in our loan agreements.

**H.**  We do not originate or purchase, either directly or through any third party (including our Affiliated Business Arrangement channel) loans that, at the time of origination, exceed 100% of collateral property value, unless such loans are part of a targeted public assistance, affordable lending, or community development program.

**I.**  All loans are underwritten based on the applicants' ability and willingness to pay the intended debt. We do not originate or purchase, either directly or through any third party (including Affiliated Business Arrangement channel), any loan based solely on the collateral value of the subject property.

**J.**  We do not originate or purchase, either directly or through any third party (including our Affiliated Business Arrangement channel), any loans where the total amount of origination fees and costs included (financed) in the loan amount exceed 5% of the total loan amount.

## II.  CONTROLS TO PREVENT "LOAN FLIPPING"

**A.**  We do not originate or purchase, either directly or through a third party (including our Affiliated Business Arrangement channel), any loan made to refinance any loan that we know to be a no-interest rate, below-market-interest rate, or subsidized-interest rate mortgage loan that contain terms favorable to the borrower (and that will be lost as a result of the refinance) during the first ten (10) years of the loan's existence unless the refinance is clearly in the borrower's interest and approved by an underwriting manager.

**B.** We do not originate or purchase, either directly or through a third party (including our Affiliated Business Arrangement channel), any loan made to refinance an existing mortgage made less than twelve (12) months prior, unless it is clearly in the borrower's interest and approved by an underwriting manager.

## III. ASSURANCE OF REASONABLE COST TO THE BORROWER

Retail – point bank limited to 2%.

## IV. ASSURANCE OF ABILITY TO PAY

**A.** An "accept" decision from the automated underwriting systems provided by Fannie Mae or Freddie Mac, or an internal empirically validated automated underwriting system (AU/ "scorecard" systems) is considered verification of ability to pay.

**B.** Manual underwriting will include, among others, the following requirements:

  **1.** Limit total borrower monthly debt to 50% of monthly income. Exceptions are allowed up to 55.5% if either 1) the household income is greater than $100,000 or 2) the residual monthly income exceeds $400 for the first household member plus $200 for each additional household member.

  **2.** Programs that do not require written documentation of the amount of income and/or assets of the borrower (for example, stated income programs) must underwrite the ability and willingness of the borrower to repay the debt without reliance on liquidation of the collateral through other appropriate means. Program limitations and requirements must be detailed in a written program parameters document and approved by the Chief Credit Officer and the Regulatory Risk Manager for National City Corporation.

## V. EXCEPTIONS

**A.** Community Reinvestment Act – these policies do not govern current or future approved CRA programs as such could disqualify participants.

**B.** Private Client Group – the provisions of section D above do not apply to portfolio loans originated by the Private Client Group or substantial bank relationship customers.

**C.** Deviations from these standards for future proposed programs, other than CRA, require approval by the head of National City Corporation and the Chief Compliance Officer of National City.

**D.** The Responsible Lending Policy as stated herein is applicable to all loans originated or brokered-out by employees of the Retail Production Division of National City Mortgage.

I have read, understand, and will abide by the Responsible Lending Practices.

| Signed | _Alina Marrero_ | Date | 11/6/07 |
|---|---|---|---|
| | Alina Marrero | | |
| Manager | _Chester Bell Jr._ | Date | 11-06-07 |
| | Chester Bell Jr.        MAF Chicago South | | |

# National City® Mortgage

# LOAN ORIGINATION OVERAGE/SHORTAGE POLICIES AND PROCEDURES
## LOAN OFFICER COMPENSATION AGREEMENT
### (Updated 01/01/04)

The Loan Officer is responsible for managing and controlling loan overages and shortages in their individual pipelines. Within specific guidelines, the Loan Officer can create an overage or shortage for a particular loan to gain additional income for the branch and the Loan Officer or create a better price in their market in order to retain loan applicants or gain additional market share.

National City Corporation is committed to full compliance with all regulations governing Fair Lending. Equal treatment, without regard to race, gender, or any other prohibited basis, is an essential component in every one of our dealings with customers. Discrimination, no matter how subtle, will not be tolerated. As such a loan officer should utilize proper care when discretionary pricing is considered.

An overage occurs when the "locked points" (the discount points to be collected at the time of closing) are greater than the "house points" (market points adjusted by branch subsidy). For a premium priced loan, an overage is created when negative "house points" is greater than negative "locked points".

A shortage occurs when "locked points" are less than "house points", creating a loss for the loan.

Example 1:

      If house points for the rate requested are 2.50 and the Loan Officer quotes 2.75 points to an applicant, the Loan Officer would create a 0.25 overage on the loan. This is assuming, of course, that 2.75 points are collected at closing.

Example 2:

      If, for the same rate, on the same day, the Loan Officer quoted 2.25 points to the applicant, the Loan Officer would create a shortage of 0.25 on the loan. This, also, is assuming that 2.25 points are collected at closing.

---

NOTE: At no time should an application be taken with a rate and point quote and not immediately registered with Secondary Marketing. This "gambling" on the market for the purpose of making additional point bank gains is prohibited. The potential for point bank losses is enormous. Abuses of this policy will result in disciplinary action up to and including termination of the Loan Officer's employment.

---

## I.   CONTROL

    Operational control of loan overages and shortages is managed through a combination of Production Pricing Support, Regional Administration, and Branch Personnel.

    Production Pricing Support – Responsible for maintaining an accurate and timely accounting of all overages and shortages on application lock-ins, relocks, and closings for each Loan Officer, branch, and region.

    Branch Personnel – Each Loan Officer is accountable for their own point bank. The pipeline report is sent to the branch weekly. It is to be reviewed by the individual Loan Officer. Any discrepancies discovered must be reported to Production Pricing Support immediately.

    Branch Managers must approve all shortages between one-half (1/2) and one (1) discount point. The Branch Manager is responsible for monitoring their Loan Officers' pipelines weekly.

## II.   MAXIMUM OVERAGES AND SHORTAGES

**The maximum overage allowed at loan closing is two (2) discount points.** The maximum point shortage allowed at loan closing is one (1) discount point for loan amounts up to $100,000 and two (2) discount points for loan amounts of $100,000 or greater. Any deviation from this policy must be received and approved by the Regional Manager prior to the loan closing.

III. **EXCEPTIONS**

**Programs may be offered which do not allow any point bank gains and/or losses,** such as state bond programs.

IV. **MONITORING**

The Pipeline Detail report is sent to the Regional Manager and Branch Manager on a weekly basis, to ascertain the position of each Loan Officer's pipeline and overage and shortage status. A Pipeline Summary report is sent to Branch Managers and Regional Managers to provide them with a view of the overall position of the branch and region. Regional Managers and Branch Managers must also report any discrepancies to Production Pricing Support immediately.

Loans will be checked after closing for changes in shortages or overages since application. Any discrepancies will be reported to the appropriate Production Divisional Manager.

V. **OVERAGE AND SHORTAGE PAYOUTS**

All loan overages and shortages for Standard Loan Products will be paid according to the Discount/Gain Loss (Overage Commission) percentage identified by Addendum II. For Non-Standard Loan Products, if applicable, overage and shortage payout calculations are identified by Addendum III – Loan Exceptions.

I have read, understand, and will abide by the Loan Origination Overage/Shortage Policies and Procedures.

Signed _____     Date ___11/16/07___

Alina Marrero

Manager _____     Date ___11-06-07___

Chester Bell Jr.                    MAF Chicago South

# National City® Mortgage

## ADDENDUM I – BASE SALARY
### LOAN OFFICER COMPENSATION AGREEMENT

| | |
|---|---|
| **Employee:** | **Alina Marrero** |
| **LO #:** | **3044** |
| **Region / Branch:** | **Mid West I / MAF Chicago South / #7438** |
| **Effective Date:** | **November 11, 2007** |

Effective with your first day of employment at National City Mortgage (or, if later, your first day of active work), you will receive a monthly base salary in the amount of **$2,000.00**, which will be paid semi-monthly in two equal installments.

Your base salary is the threshold for your commission earnings.  You earn commission only after you accrue – according to your commission structure – an adjusted gross commission level (i.e. commissions after split and other adjustments) greater than your base salary; that is, your commission earnings for any pay period are equal to your adjusted gross commissions less your base salary.

Commissions earned will be compared to base salary paid for each funding/pay period.
- If the commissions earned is less than the base salary paid, a shortfall balance will be created and future commissions will be adjusted.
- If the commissions earned is greater than the base salary paid plus previous shortfall balances, adjusted gross commissions in excess of the base salary amount and adjusted for any previous shortfall balance will be paid in addition to the base salary.

For example:

| 1st pay period: | | |
|---|---|---:|
| Salary | $ | 1,000 |
| Commissions | $ | 500 |
| **PAY** | **$** | **1,000** |
| *Shortfall Balance* | *$* | *(500)* |

| 2nd pay period: | | |
|---|---|---:|
| Salary | $ | 1,000 |
| Commissions | $ | 2,000 |
| **PAY** | **$** | **1,500** |
| *Shortfall Balance* | *$* | *-* |

Commissions earned will be compared to base salary paid and any shortfall balance will be monitored for the six month funding periods through June 30th and December 30th; that is, until the July 15th and January 15th pay calculations. Any shortfall balance within the six months period are disregarded after the July 15th and January 15th commission calculations and have no effect on commissions earnings in the future months.

In addition, <u>effective for Loan Officers of National City Mortgage who are hired or transfer into one of the *Mortgage Loan Originator* positions on or after September 1, 2007,</u> National City Mortgage will also disregard any shortfall balances during the first six (6) pay periods based on date of hire.

If your employment terminates for any reason whatsoever, base salary will end immediately.  No base salary will be earned after the last date of employment at National City Mortgage.  Base salary will be pro-rated through the last day of employment.  Commissions will continue to be paid for the period specified by your Loan Officer Compensation Agreement.

National City Mortgage may, in its sole discretion, revise this addendum to the Loan Officer Compensation Agreement upon two weeks advance notice.   Notices of any changes to this addendum or to policies and procedure may be implemented by any method customarily used for communication at National City Mortgage.

This addendum will replace and supersede any prior arrangements.

I acknowledge the receipt of a copy of Addendum I to the Loan Officer Compensation Agreement.

| **Signed** | _Alina Marrero_ | **Date** | 11/6/07 |
|---|---|---|---|
| | Alina Marrero | | |

| **Manager** | _Chester Bell_ | **Date** | 11-6-07 |
|---|---|---|---|
| | Chester Bell Jr. | MAF Chicago South | |

# National City® Mortgage

## ADDENDUM II – COMMISSION & COMPENSATION SCHEDULE
### LOAN OFFICER COMPENSATION AGREEMENT
#### (Standard Loan Products Commissions Schedule)

| | |
|---|---|
| **Employee:** | **Alina  Marrero** |
| **Position:** | **Mortgage Loan Originator II** |
| **LO #:** | **3044** |
| **Region / Branch:** | **Mid West I / MAF Chicago South / #7438** |
| **Effective Date:** | **November 11, 2007** |

## COMMISSION SCHEDULE

| Cumulative Monthly Loan Volume | Origination Commission | Discount Gain / Loss (Overage Commission) |
|---|---|---|
| Between $0 and $500,000 | 45bp | 50% gains / 50% losses |
| Between $500,001 and $750,000 | 50bp | 50% gains / 50% losses |
| Between $750,001 and $1,250,000 | 55bp | 50% gains / 50% losses |
| Between $1,250,001, and $2,000,000 | 60bp | 50% gains / 50% losses |
| Greater than $2,000,000 | 65bp | 50% gains / 50% losses |

Note: The Origination Commission Basis Point is applied to the Cumulative Loan Volume for a given month's production. The Origination Commission Percentage will be applied to all eligible Origination Fees collected on standard loan products within a given month.

National City Mortgage may, in its sole discretion, revise this addendum to the Loan Officer Compensation Agreement upon two weeks advance notice.  Notices of any changes to this addendum or new policy changes may be implemented by any method customarily used for communication by National City Mortgage.

This addendum will replace and supersede any prior arrangements.

I acknowledge the receipt of a copy of Addendum II to the Loan Officer Compensation Agreement.

**Signed**  _____   **Date** 11/6/07

Alina  Marrero

**Manager**  _____   **Date** 11-06-07

Chester Bell Jr.                                    MAF Chicago South

# National City® Mortgage
## ADDENDUM III – LOAN EXCEPTIONS
### LOAN OFFICER COMPENSATION AGREEMENT
(Non-Standard Loan Products Commissions Schedule)

| | |
|---|---|
| **Employee:** | **Alina Marrero** |
| **LO #:** | **3044** |
| **Region / Branch:** | **Mid West I / MAF Chicago South / #7438** |
| **Effective Date:** | **November 11, 2007** |

The purpose of this addendum is to list certain type of loan products that may be subject to a different commission structure than noted in Addendum II to the Loan Officer Compensation Agreement and any other applicable addenda. The following loan products have individual compensation structures and are excluded from the Standard Loan Products Commissions Schedule. Not all programs may be available in all areas.

| Product | Compensation Structure |
|---|---|
| Broker Loans | ▪ 25% origination commission percentage on the first percent of the Origination Fee collected<br>▪ 50% overage/shortage<br>▪ Volume not included in the Cumulative Loan Volume calculation<br>▪ An Origination fee must be collected to be paid |
| NCM-to-NCM Refinance < 120 days | ▪ 0 commissions |
| NCM-to-NCM Refinance ≥120 days < 180 days | ▪ Standard commission tier; not to exceed 25% origination of commission percentage<br>▪ Standard overage/shortage.<br>▪ Effective June 1,2007 |
| NCM-to-NCM Refinance ≥ 180 days | ▪ Standard commission tier; not to exceed **40bps** origination commission percentage<br>Standard overage/shortage |
| 203K Loans | ▪ Flat 150bp<br>▪ 50% overage / 50% shortage |
| PCG Loans | ▪ 25bp origination commission<br>▪ No overage/shortage<br>▪ Commissions and overage not to exceed **$1,250** per loan |
| Bank Portfolio Loans | ▪ 25bp origination commission<br>▪ Standard overage/shortage<br>▪ Commissions and overage not to exceed **$4,500** per loan |
| FHLMC REO Loans | ▪ 50bp origination commission<br>▪ 0 overage/ shortage |
| FNMA REO Loans | ▪ 50bp origination commission<br>▪ 0 overage/ shortage |
| Speculative Construction Loan | ▪ 25bp origination commission<br>▪ No overage |
| Bridge Loans | ▪ 25bp origination commission<br>▪ No overage<br>▪ Must collect origination fee to be paid |
| Lot Loans | ▪ 50bp origination commission<br>▪ No overage<br>▪ Must collect origination fee to be paid – must be placed in discount |

| | |
|---|---|
| Construction Perm (One-time Close Loan) | • Standard origination commission plus 5 additional bps is paid at time of initial closing<br>• If the loan amount increases from the initial close to the time the loan modifies, an additional 50 bps (or 25 bps for portfolio loans) will be paid <u>on the increased loan amount</u><br>• If the loan amount decreases from the initial close to the time the loan modifies, the decreased loan amount is subject to a negative 50 bps (or 25 bps for bank portfolio loans) commission adjustment<br>• If the loan does not modify, the Loan Officer will be subject to a negative commission adjustment of 25% of the original commission paid<br>• Standard overage commission paid at modification to a permanent amortizing mortgage. |
| Employee Loans | • No commissions paid if National City Mortgage (NCM) or Affiliated Business Arrangements (ABA) employee<br>• Standard commission tiers if **Bank** employee<br>• Excluded from Cumulative Loan Volume if NCM or ABA employee<br>• Employee Loans must be closed in the branch house account |
| All Retail Loans | • 2% Point Bank or overage cap |
| Out-of-State Properties | • See NCM Policies and Procedures – Out of State Properties |
| Volume Calculation | • All loans listed above are included in the Cumulative Loan Volume calculation with the exception of Broker Loans, , and NCM Employee Loans |
| Direct Equity Loans | • 50bp origination commission on Stand Alone & Piggyback loans – min $100 commission<br>• $50.00 commission on Signature Loans |
| Decision Certified / Risk Based Loans | • 5bp additional to standard origination commission |
| FHA / VA Loans | • 10bp additional to standard origination commission |
| CRA Loans | • $300.00 total commission if loan amount is less than $60K and LTV >80% |
| NCM Nonprime | • Flat 100bp origination commission<br>• 50% overage / 100% shortage |

National City Mortgage may, in its sole discretion, revise this addendum to the Loan Officer Compensation Agreement upon two weeks advance notice. National City Mortgage may design other programs/product lines with unique compensation structures that will supersede the Standard Loan Products Commissions Schedule set forth in Addendum II of this Loan Officer Compensation Agreement. Notices of any changes to this addendum or new policy changes may be implemented by any method customarily used for communication by National City Mortgage.

This addendum will replace and supersede any prior arrangements.

I acknowledge the receipt of a copy of Addendum III to the Loan Officer Compensation Agreement.

**Signed** _____     **Date** _____
Alina Marrero

**Manager** _____     **Date** _____
Chester Bell Jr.          MAF Chicago South

# National City® Mortgage
## LOAN OFFICER COMPENSATION AGREEMENT

Employee:          «EmpName»
Position:          «Position»
Region/Branch: «Region» / «Branch_Name» / «Branch_Number»
LO ID:             «Originator_Number»
Effective Date:  «HireDate»

Welcome to National City Mortgage, a division of National City Bank.  In addition to receiving your base salary, you will be compensated based upon the dollar amounts of and certain revenues attributable to funded loans you have originated.  The purpose of this Agreement is to describe how your variable compensation will be calculated and paid.

You are responsible for familiarizing yourself with all National City policies regarding lending and pricing.  Many of these policies are contained in National City Mortgage Origination Policy Handbook, available on the HRSharepoint and updated from time to time.  You are responsible for reviewing updated policies.  You should consult your manager when you have questions.

http://ncm.sharepoint.ntl-city.com/HR/Talent%20Reports/Mortgage%20Origination%20Policy%20Handbook.pdf

## I.      DEFINITIONS

1.  **Cumulative Loan Volume:** the principal dollar amount of loans you generate that are funded by National City Mortgage during a calendar month, including loans generated through housing bond programs, but excluding brokered loans and loans to employees of National City Mortgage and Affiliated Business Arrangements (ABAs).   Cumulative Loan Volume also excludes secondary financing extended by another party.

2.  **Discount Gain/Loss (Overage):** the product of the difference of the discount price of a loan established by National City Mortgage's management at the lock date less any discount points collected from the borrower at the time the loan is funded, multiplied by the principal dollar amount of the loan.  If the difference is positive (i.e., price collected from the borrower is greater than the price at lock date), this amount is referred to as "Discount Gain."  If the difference is negative, the amount is referred to as "Discount Loss."

3.  **Origination Commissions:** a dollar amount equal to the product of the Origination Commission basis points multiplied by the loan amount.

4.  **Origination Fee:** a fee charged by National City Mortgage to the borrower as disclosed in the HUD1.  The Origination Fee is expressed as a percentage of the mortgage loan amount.

5.  **Origination Commission Percentage:** a percentage determined by National City Mortgage based on the Cumulative Monthly Loan Volume.

6.  **Discount Gain/Loss or Overage Commissions:** a dollar amount equal to a percent of the Net Discount Gain attributable to loans you originate that are closed and funded during a calendar month.

7.  **Cumulative Draw:** an advance drawn against Origination and Overage Commissions.   A Cumulative Draw is <u>not</u> an earned commission.

8.  **Shortfall Balance:** a balance accumulated when the gross commissions you earn in a pay period do not exceed the amount of your base salary.

**II.**     <u>**BASE SALARY, COMMISSIONS AND RELATED COMPENSATION**</u>

**Salary**:   Effective «HireDate» you will receive an annual base salary in the amount of $«Salary_1». Please see below for further clarification.

**A**.     Your base salary is the threshold for your commission earnings. You will earn commissions on loans that fund within the time limits and parameters as specified in this section and in section III below and elsewhere in this Agreement. Commissions earned will be compared to base salary paid and any Shortfall Balance will be monitored for the twelve-month funding period, this period ends July 2, 2009. Future dates subject to change. You will be notified of future dates electronically. If terminated, your base salary will be pro-rated through your last day of employment.

The base salary in effect at the end of the pay period will be used as the threshold for commission in the ensuing period. Commissions will be paid in addition to the base salary once you accumulate adjusted gross commissions (i.e. commissions after split and other adjustments) in excess of the base salary amount.

During each annual period, gross commissions will be compared to base salary paid. Commissions will be earned when the cumulative adjusted gross commissions for the annual period exceeds the salary paid during that same period. For example:

| 1st pay period: | |
|---|---|
| Salary | $1,000 |
| Commissions | $500 |
| **PAY** | $1,000 |
| **DEFICIT** | $ (500) |

| 2nd pay period: | |
|---|---|
| Salary | $1,000 |
| Commissions | $2,000 |
| **DEFICIT FROM 1ST PAY** | $ (500) |
| **PAY** | $1,500 |

If you terminate employment, your base salary will end immediately. Nevertheless, commissions earned in excess of the base salary amount will continue to be paid as provided in section III.

In addition, for new Loan Officers hired or transferred into one of the *Loan Officer* positions on or after September 1, 2007, the commission earnings threshold will be waived for the first six (6) pay periods following date of hire.

**B**.     In order to earn a commission on a loan, you must satisfy the following conditions:
     **1.** You must be the sole originating source of the loan;
     **2.** The loan must fund and subsequently not rescind or unfund;
     **3.** A security instrument securing the loan must have been recorded;
     **4.** The funded loan must comply with specific program parameters.

    ***No commission shall be earned unless the above conditions have been fully satisfied.***

**C.**     <u>**Your minimum production requirement is**</u>

- For Loan Officer with 6-12 months employment with National City = $1,000,000 in production OR $20,000 in gross revenue during each rolling three month period

- For Loan Officer with ≥ 12 months employment = $1,500,000 in production OR $30,000 in gross revenue for any rolling three month period.

"Gross revenue" includes Origination Fee Collection Amounts, Point Bank Dollars, OMSR Dollars, Branch Subsidy Dollars, Admin Subsidy Dollars, Embedded Gain Dollars, Loan Processing Fees and Underwriting Fees.

**D**.     For loans closed in the period from the 1st through the end of the month, commissions will be paid on the 2nd pay period of the month following the month's disbursement.

### III.   PAYMENT OF COMMISSIONS AND RELATED COMPENSATION UPON TERMINATION OF EMPLOYMENT

**A.**     If you terminate employment during the first ninety (90) days of employment for any reason whatsoever, you will be credited with Origination and Overage Commissions on only those loans that fund on or before your termination of employment.  All other compensation – excluding Origination and Overage Commissions, will cease immediately.

**B.**     After the first ninety (90) days of employment, if your employment with National City Mortgage terminates as a result of:

1. your voluntary resignation,
2. a reduction-in-force, or
3. position elimination,

you will be credited with commissions for qualifying loans you originated that are funded within thirty (30) days after your termination of employment.

In the event of termination for any other reason, you will be credited with commissions for only those loans funded on or before the effective date of your termination of employment.

**C.**     Origination and Overage Commissions paid after your termination of employment shall be reduced by the amount of any outstanding Cumulative Draws, and/or any outstanding Shortfall Balance.

**D.**     All compensation shall be paid less withholding for amounts required by law to be withheld or which you have authorized National City Mortgage to withhold.

**E.**     You agree to reimburse National City Mortgage for all lost or destroyed property of National City Mortgage for which your are responsible, including, but not limited to, pagers, cell phones, and laptop computers.  In addition, you agree to reimburse National City Mortgage for any and all overpaid compensation.  In the event you do not reimburse National City Mortgage for all such property and overpayments, National City Mortgage may withhold the replacement cost of the property and overpaid funds from any unpaid compensation due to you, but such action will not be National City Mortgage's sole remedy.

### IV. COMMISSION SCHEDULE

**A.     Standard Loan Schedule**

| Cumulative Monthly Loan Volume | Origination Commission | Discount Gain / Loss (Overage Commission) |
|---|---|---|
| Between $0 and $500,000 | 45bp | 50% gains / 50% losses |
| Between $500,001 and $750,000 | 50bp | 50% gains / 50% losses |
| Between $750,001 and $1,250,000 | 55bp | 50% gains / 50% losses |
| Between $1,250,001, and $2,000,000 | 60bp | 50% gains / 50% losses |
| Greater than $2,000,000 | 65bp | 50% gains / 50% losses |

Note: The Origination Commission will be applied to <u>all</u> eligible STANDARD loan products within a given month.

B. **Non-Standard Loan Schedule**

Certain types of loan products may be subject to a different commission structure than noted above. The following loan products have individual compensation structures and are excluded from the Standard Loan Product Commissions Schedule. Not all programs may be available in all areas. Additional exceptions maybe announced from time to time to all loan officers.

| Product | Compensation Structure |
|---|---|
| Broker Loans | ▪ 25% origination commission on the first one percent of the Origination Fee collected<br>▪ 50% overage/shortage. Allowable overage capped at 1.5%.<br>▪ Volume not included in the Cumulative Loan Volume calculation<br>▪ Origination Fee must be collected to receive commission<br><br>Note: Origination Commission 50% thru 12/31/2008 |
| Direct Equity Loans | ▪ Stand Alone and Piggyback paid at 50bps of loan amount or $100 minimum. commission if loan amount less than $20,000.00<br>▪ Signature Loans paid at $50.00 total commission |
| Decision Certified / Risk Based Loans | ▪ 5bp additional to Standard Origination Commission |
| NCM-to-NCM Refinance > 1 year ( < 1 year see churn policy ) Effective Date : 09/01/08 | ▪ Origination Commission 40 bps of loan amount.<br>▪ 50% overage / 50% shortage |
| 203KLoans* Effective Date : 12/01/08 | ▪ Standard<br>▪ 50% overage / 50% shortage |
| PCG Loans* | ▪ 25bp origination commission<br>▪ No overage/shortage<br>▪ Commissions not to exceed $1,250 per loan |
| Bank Portfolio Loans* | ▪ 25bp origination commission<br>▪ Standard overage/shortage<br>▪ Commissions and overage not to exceed $4,500 per loan |
| Speculative Construction Loan* | ▪ 25bp origination commission<br>▪ No overage |
| Lot Loans* | ▪ 50bp origination commission<br>▪ No overage<br>▪ Must collect Origination Fee to be paid; must be entered in Discount |
| FHA / VA Loans | ▪ 10 additional bps Origination Commission<br>*Note: Total of 25 additional bps for loans funded 9/01/08–02/28/09 Excludes NCM-to-NCM refinances.* |
| CRA Loans | ▪ $300.00 minimum commission for standard loan amounts less than $60k and LTV > 80%. Minimum commission equals origination commission plus overage commission. |
| Construction Perm* (One-time Close Loan) | ▪ Standard overage commission paid at modification to a permanent amortizing mortgage. |
| Employee Loans | ▪ No commissions paid if National City Mortgage (NCM) or Affiliated Business Arrangements (ABA) employee |

| | |
|---|---|
| | ▪ Standard commission tiers if **Bank** employee<br>▪ Excluded from Cumulative Loan Volume if NCM or ABA employee<br>▪ Employee Loans must be closed in the branch house account |
| All Retail Loans | ▪ 1% Point Bank or overage cap with loans locked on or after August 1, 2008 excluding brokered loans which are capped at 1.5% overage. |
| Out-of-State Properties | ▪ See NCM Policies and Procedures – Out of State Properties |
| Volume Calculation | ▪ All loans listed above are included in the Cumulative Loan Volume calculation with the exception of Broker Loans and NCM Employee Loans |

- **These products may not be available in all locations, please defer to your Branch Manager for clarification.**

National City Mortgage may, in its sole discretion, revise this list upon two weeks advance notice to you. Notices of any changes to this list may be implemented by any method customarily used for communication by National City Mortgage including, without limitation, electronic mail or electronic posting, and will not require your acknowledgement or consent except as may be required by applicable law.

**C**. Access to your Individual Commission Earnings Statement is located at:
https://ohclexws1014.ntl-city.com/CallidusPortal/

## V. <u>AMENDMENTS; CHANGES.</u>

National City Mortgage may make amendments or modifications to your compensation at any time upon two weeks advance notice. Any changes to this Agreement or to any policies or procedures may be implemented by any method customarily used for communicate by National City Mortgage, including, without limitation, electronic mail or electronic posting, and will not require your acknowledgement or consent except as may be required by applicable law.

## VI. <u>MISCELLANEOUS; GOVERNING LAW.</u>

This document is not a guaranty of employment for any specific period of time or any specific type of work. You are an employee at-will of National City Mortgage and all assignments and your continued employment are within the sole discretion of National City Mortgage.

This Agreement supersedes all prior and contemporaneous understandings, discussions or representations, whether written or oral, with respect to the payment and calculation of your compensation and the other subject matter of this Agreement.

This Agreement shall be governed by the laws of the State of Ohio, notwithstanding that you are or may become a resident of a different state.

I acknowledge receipt of a copy of this Agreement and that I have read, understand, and will abide by all of the terms of this Agreement.

**Signed** _____     **Date** _____
«EmpName»

**Manager** _____     **Date** _____
«BrMgr»

# National City® Mortgage

## ADDENDUM II – COMMISSION & COMPENSATION SCHEDULE
### LOAN OFFICER COMPENSATION AGREEMENT
(Standard Loan Products Commissions Schedule)

---

**Employee:**       «EmpName»
**Position:**       «Position»
**LO #:**       «Originator_Number»
**Region / Branch:**       «Region» / «Branch_Name» / #«Branch_Number»
**Effective Date:**       «HireDate»


## COMMISSION SCHEDULE

| Cumulative Monthly Loan Volume | Origination Commission | Discount Gain / Loss (Overage Commission) |
|---|---|---|
| Between $0 and $500,000 | 45bp | 50% gains / 50% losses |
| Between $500,001 and $750,000 | 50bp | 50% gains / 50% losses |
| Between $750,001 and $1,250,000 | 55bp | 50% gains / 50% losses |
| Between $1,250,001, and $2,000,000 | 60bp | 50% gains / 50% losses |
| Greater than $2,000,000 | 65bp | 50% gains / 50% losses |

Note: The Origination Commission Basis Point is applied to the Cumulative Loan Volume for a given month's production.  The Origination Commission Percentage will be applied to <u>all</u> eligible Origination Fees collected on standard loan products within a given month.


National City Mortgage may, in its sole discretion, revise this addendum to the Loan Officer Compensation Agreement upon two weeks advance notice.  Notices of any changes to this addendum or new policy changes may be implemented by any method customarily used for communication by National City Mortgage.

This addendum will replace and supersede any prior arrangements.

I acknowledge the receipt of a copy of  this Addendum to the Loan Officer Compensation Agreement.


**Signed** _____     **Date** _____

«EmpName»


**Manager** _____     **Date** _____

«BrMgr»                                    «Branch_Name»